UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20695-CIV-LENARD/GARBER

SHIRLEY CLOW and ALBERT
GAMBLE, individually and as Personal
Representative of the Estate of Scott
Gamble, Deceased,

    Plaintiffs,

v.

SISSY BABY SPORT FISHING, INC.,
et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard. The Court has received Shirley Clow's Notice of Filing Communications with Marc Brumer, filed as [DE 90] in the Court docket in this case. The submission contains communications from Jerome Pivnik, Esq. to Marc Brumer, Esq. regarding Clow's Motion for Fees and Costs. It is hereby

ORDERED that Marc Brumer, Esq., on or before five (5) days from the date of this Order, advise the Court whether he received the letters dated November 19, 2009 and April 15, 2010, and if so, when he received them.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of April, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE